IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CARL E. WILLIAMS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. **06-557-DRH** |
| | ) |
| **THOMAS M. SCHRAM, and** | ) |
| **FOODLINER, INC.,** | ) |
| d/b/a Quest Logistics, | ) |
| | ) |
| Defendants. | ) |

### ORDER

**PROUD, Magistrate Judge:**

Before the court is defendants' Motion to Compel. **(Doc. 25)**.

Defendants seek an order compelling plaintiff to respond to their interrogatories and requests for production, which were served on November 15, 2006. Plaintiff has not responded to the motion, and the time for doing so has now expired. The court deems the failure to respond to be an admission of the merits of the motion, pursuant to SDIL-LR 7.1(g).

The court notes that the discovery requests were served a week before the parties' Rule 26(f) conference. However, plaintiff did not object to the requests on that basis. Evidently, plaintiff simply ignored the discovery requests, as he has ignored this motion.

Upon consideration and for good cause shown, defendants' Motion to Compel **(Doc. 25)** is **GRANTED as follows**:

- Defendants are granted leave *nunc pro tunc* to serve interrogatories and requests for production before the parties' Rule 26(f) conference.

- Plaintiff shall fully answer the interrogatories and produce all requested

documents on or before February 19, 2007.

**IT IS SO ORDERED.**

**DATE:  February 9, 2007.**

> <u>**s/ Clifford J. Proud**</u>
> **CLIFFORD J. PROUD**
> **UNITED STATES MAGISTRATE JUDGE**