IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CARL E. WILLIAMS,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. **06-557-DRH** |
| **THOMAS M. SCHRAM,** and **FOODLINER, INC.,** d/b/a Quest Logistics, | ) ) ) ) ) |
| Defendants. | ) |

### ORDER

**PROUD, Magistrate Judge:**

Upon consideration and for good cause shown, counsels' Motion for Leave to Withdraw **(Doc. 40)** is **GRANTED**.

David F. Ryan and John W. Patton, Jr. are granted leave to withdraw as counsel for defendants/third-party plaintiffs Schram and Foodliner, Inc.

W. Mark Sickles remains as counsel of record for defendants/third-party plaintiffs Schram and Foodliner, Inc.

**IT IS SO ORDERED.**

**DATE:** May 16, 2007.

                                              **s/ Clifford J. Proud**
                                              **CLIFFORD J. PROUD**
                                              **UNITED STATES MAGISTRATE JUDGE**