IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CARL E. WILLIAMS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. **06-557-DRH** |
| | ) |
| **THOMAS M. SCHRAM, et al.,** | ) |
| | ) |
| Defendants. | ) |

### ORDER

**PROUD, Magistrate Judge:**

Before the court is Plaintiff's Motion to Compel Deposition of Defendant Thomas M. Schram. **(Doc. 56)**.

Defendant has not responded to the motion, and the time for doing so has now expired. The court deems the failure to respond to be an admission of the merits of the motion. SDIL-LR 7.1(g).

Upon consideration and for good cause shown, Plaintiff's Motion to Compel Deposition of Defendant Thomas M. Schram **(Doc. 56)** is **GRANTED**. Defendant Schram shall appear for deposition at a date and time to be agreed upon by the parties.

**IT IS SO ORDERED.**

**DATE: October 3, 2007.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**