IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CARL E. WILLIAMS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. **06-557-DRH** |
| | ) |
| **THOMAS M. SCHRAM, and** | ) |
| **FOODLINER, INC.,** | ) |
| **d/b/a Quest Logistics,** | ) |
| | ) |
| Defendants. | ) |

**<u>ORDER</u>**

**PROUD, Magistrate Judge:**

Before the court is Plaintiff's Motion to Extend Discovery Completion Date **(Doc. 71)**.

Defendants filed a response at **Doc. 72**.  Plaintiff then filed a reply at **Doc. 73**.

This case has a presumptive trial month of April, 2008.  Discovery was to be completed

by December 6, 2007.  **See, Doc. 48.**  Plaintiff now seeks additional time in which to complete

discovery, without a change in the trial schedule.

The additional discovery relates to plaintiffs' experts, Thomas F. Goodall and Jan

Klosterman.  Defendants do not object to extending discovery with regard to those two

witnesses, or as to defendants' experts.  Defendants do, however, object to any additional

discovery with regard to the expert witnesses who have already been deposed.  Plaintiff agrees

with this limitation in his reply.

Upon consideration and for good cause shown, Motion to Extend Discovery Completion

Date **(Doc. 71)** is **GRANTED as follows:**

The parties are granted additional time, up to and including January 18, 2008, in which to

1

conduct additional discovery regarding witnesses Thomas F. Goodall, Jan Klosterman, and defendants' expert witnesses.  Plaintiff is granted leave to supplement his Rule 26 disclosure as to Dr. Goodall.  However, no additional disclosures or discovery shall be permitted as to the witnesses who have already been deposed by defendants, that is, Dennis Wylie, Wes Grimes and Merrill Mitler

Defendants' Motion for Sanctions **(Doc. 70)** is **DENIED as moot**.

**IT IS SO ORDERED.**

**DATE:  December 21, 2007.**

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**