IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CARL E. WILLIAMS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. **06-557-DRH** |
| | ) |
| **THOMAS M. SCHRAM, and** | ) |
| **FOODLINER, INC.,** | ) |
| d/b/a Quest Logistics, | ) |
| | ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the court is Plaintiff's Motion to Quash Notice of Deposition of Dr. Harold Ferguson. **(Doc. 87)**. Defendants filed a response at **Doc. 88**.

On June 29, 2007, the court extended the discovery deadline by six months, to December 6, 2007. The parties encountered some difficulty in completing discovery as to expert witnesses by that date. The court granted them additional time to depose plaintiff's experts Thomas F. Goodall and Jan Klosterman, and defendants' expert witnesses. That discovery was to be completed by January 18, 2008. **See, Docs. 48 & 74**.

Dr. Harold Ferguson treated plaintiff, but has not been disclosed by either party as an expert witness. Defendants explain that they have attended more than 15 depositions in the last four months, and they were unable to get a deposition date from Dr. Ferguson before the discovery deadline. Plaintiff made it clear that he objected to the late deposition. **See, Doc. 87, Ex. D**. Defendants do not assert otherwise.

The deadline for the completion of discovery is just that: a deadline. Permitting Dr.

1

Ferguson's deposition to be taken at this late date would render the concept of a deadline meaningless.

Upon consideration and for good cause shown, Plaintiff's Motion to Quash Notice of Deposition of Dr. Harold Ferguson **(Doc. 87)** is **GRANTED**.

**IT IS SO ORDERED.**

**DATE:  January 28, 2008.**

<u>**s/ Clifford J. Proud**</u>
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**