# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CARL E. WILLIAMS,** | ) |
| Plaintiff, | ) |
| v. | ) Civil No. **06-557-DRH** |
| **THOMAS M. SCHRAM, et al.,** | ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the court is plaintiff's Motion to Compel, or, in the Alternative, Request for Leave to Serve Interrogatories and Production Requests. **(Doc. 84)**.

Plaintiff served his third supplemental interrogatories and production requests on December 21, 2007. These discovery requests related to punitive damages, which only became an issue when plaintiff filed his amended complaint on November 29, 2007. Defendants declined to answer because the discovery deadline had passed.

Defendants have not responded to the motion, and the time for doing so has now expired. The court deems the failure to respond to be an admission of the merits of the motion. SDIL-LR 7.1

Upon consideration and for good cause shown, plaintiff's Motion to Compel, or, in the Alternative, Request for Leave to Serve Interrogatories and Production Requests **(Doc. 84)** is **GRANTED.** Plaintiff is granted leave to serve his third supplemental interrogatories and production requests. Plaintiff need not physically serve the discovery requests again. Defendants shall respond to the discovery requests by **March 26, 2008.**

1

IT IS SO ORDERED.

DATE:  March 5, 2008.

                                             **s/ Clifford J. Proud**
                                             **CLIFFORD J. PROUD**
                                             **UNITED STATES MAGISTRATE JUDGE**