IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CARL E. WILLIAMS,**

**Plaintiff,**

**v.**

**THOMAS M. SCHRAM and
FOODLINER, INC., d/b/a
QUEST LOGISTICS,**

**Defendants.**                                             No. 06-CV-00557-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is Defendants' supplemental brief as requested by the Court in response to Plaintiff's motion for sanctions. (Doc. 131.) The Court does not recall nor can it locate in the transcript any request for a supplemental brief. The Court held a hearing on this matter and is satisfied that the motion has been sufficiently briefed. Therefore, the Court **STRIKES** Defendants' supplemental brief.

**IT IS SO ORDERED.**

Signed this 23rd day of June, 2008.

/s/    *David R Herndon*
**Chief Judge
United States District Court**